AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Arizona

| | |
|---|---|
| Patience Gore;<br>Olaoluwa Omotosho<br><br>_____<br>*Plaintiff(s)*<br>v.<br>United Airlines, Inc<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.   **CV26-05066-PHX-DJH**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  United Airlines, Inc
c/o CT Corporation System, Statutory Agent
3800 North Central Avenue, Suite 460
Phoenix, AZ 85012

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Patience Gore
Olaoluwa Omotosho
10945 Price Manor way Apt 219
Laurel, MD, 20723

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____



_____
*Clerk or Deputy Clerk*

**ISSUED ON  3:45 pm, Jul 22, 2026**

**s/ Daniel R. McAllister, Clerk**

### UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA

### Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff(s):  Olaoluwa Omotosho , Dr; Patience Gore , ;**    **Defendant**(s): **United Airlines, Inc , ;**

County of Residence: Outside the State of Arizona    County of Residence: Outside the State of Arizona

County Where Claim For Relief Arose: Maricopa

Plaintiff's Atty(s):    Defendant's Atty(s):

,    ,

,    ,

**IFP REQUESTED**

**REMOVAL FROM COUNTY, CASE #**

| | |
|---|---|
| <u>II. Basis of Jurisdiction:</u> | **4. Diversity (complete item III)** |
| <u>III. Citizenship of Principal Parties</u>**(Diversity Cases Only)** | |
| Plaintiff:- | **2 Citizen of Another State** |
| Defendant:- | **5 Non AZ corp and Principal place of Business outside AZ** |
| <u>IV. Origin</u> : | **1. Original Proceeding** |
| <u>V. Nature of Suit:</u> | **360 Other Personal Injury** |
| <u>VI.Cause of Action:</u> | **Arizona tort action for false imprisonment, negligence, and related personal injury claims arising from airline conduct that allegedly facilitated plaintiff's detention at Phoenix Sky Harbor Airport.** |
| <u>VII. Requested in Complaint</u> | |
| Class Action: | **No** |
| Dollar Demand: | **exceeds $75,000** |
| Jury Demand: | **Yes** |
| <u>VIII. This case</u> **is not related** to another case. | |

Signature: <u>Patience Gore</u>

Date: <u>07/15/2026</u>

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.

Revised: 01/2014